# United States District Court
## Violation Notice

CS40

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 6999645 | MANSEAU | 337 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒CFR ☐USC ☐State Code |
|---|---|
| 02/20/22  0730 | 43 CFR 8365.1-6 |

**Place of Offense:** Wash Road Wash 4

**Offense Description: Factual Basis for Charge** — HAZMAT ☐
Failure to pay Rec Fees

### DEFENDANT INFORMATION

**Last Name:** SCHNEIDER  
**First Name:** Brandon  
**M.I.:** J

**Street Address:** [redacted]

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| BEC0251 | AZ | 21 | RAM | | BLK |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

LM22013927

$ 50 Forfeiture Amount  
+ $30 Processing Fee  
**PAY THIS AMOUNT →** $ 80 Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: _____  
Date (mm/dd/yyyy): _____  
Time (hh:mm): _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

(Rev. 09/2015)   Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20____ while exercising my duties as a law enforcement officer in the _____ District of _____

_____
_____
_____
_____
_____
_____
_____
_____

The foregoing statement is based upon:

☐ my personal observation   ☐ my personal investigation  
☐ information supplied to me from my fellow officer's observation  
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____  
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____  
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident.  PASS = 9 or more passenger vehicle;  
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident

CVB SCAN 03/14/2022 14:34
CVB SCAN 03/14/2022 14:34